# CANTOR, EPSTEIN & MAZZOLA, LLP
ATTORNEYS AT LAW
49 WEST 37TH STREET
NEW YORK, NEW YORK 10018
(212) 768-4343
FACSIMILE (212) 719-0717

GARY S. EHRLICH, ESQ.                                                                    Email: ehrlich@cem-law.com

November 9, 2015

(*via* ECF)
Hon. Richard M. Berman
United States Courthouse
Courtroom 17B
500 Pearl Street
New York, NY 10007

      RE:    **King Range v. NOH Realty Corp. and Devanlay US Inc.**
              **Case No.: 14-CV-02446**

Dear Judge Berman:

      We represent defendant NOH Realty Corp. in the above-referenced matter. The parties are still in the process of drafting a stipulation reflecting the agreement which was previously discussed in court. As a result, the parties respectfully request that the appearance presently scheduled for November 10, 2015 at 9 a.m. be adjourned to November 18, 2015.

      Thank you in advance for your consideration of this matter.

                                                      Respectfully submitted,

                                                      Gary S. Ehrlich

cc:    Robert Hanski, Esq.
        Michael Steven, Esq.