# CANTOR, EPSTEIN & MAZZOLA, LLP
### ATTORNEYS AT LAW
49 WEST 37TH STREET
NEW YORK, NEW YORK 10018
(212) 768-4343
FACSIMILE (212) 719-0717

GARY S. EHRLICH, ESQ.

Email: ehrlich@cem-law.com

*Conference adjourned to 11/18/15 @ 9:30am*

November 9, 2015

SO ORDERED:
Date: 11/9/15
Richard M. Berman, U.S.D.J.

(*via* ECF)
Hon. Richard M. Berman
United States Courthouse
Courtroom 17B
500 Pearl Street
New York, NY 10007

    RE:    King Range v. NOH Realty Corp. and Devanlay US Inc.
             Case No.: 14-CV-02446

Dear Judge Berman:

    We represent defendant NOH Realty Corp. in the above-referenced matter. The parties are still in the process of drafting a stipulation reflecting the agreement which was previously discussed in court. As a result, the parties respectfully request that the appearance presently scheduled for November 10, 2015 at 9 a.m. be adjourned to November 18, 2015.

    Thank you in advance for your consideration of this matter.

Respectfully submitted,

Gary S. Ehrlich

cc:    Robert Hanski, Esq.
        Michael Steven, Esq.