```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                            :
KING RANGE,                                 :
                                            :
                         Plaintiff,         :    14 Cv. 2446 (RMB)
                                            :
          - against -                       :    **ORDER**
                                            :
NOH REALTY CORP., et al.,                   :
                                            :
                         Defendants.        :
                                            :
------------------------------------------------------------x
```

The conference currently scheduled for Tuesday, February 18, 2020, at 10:00 a.m. is hereby rescheduled to 12:00 p.m. on the same date.

Dated: New York, New York
       February 13, 2020



RICHARD M. BERMAN
U.S.D.J.