**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

KING RANGE,

                                     Plaintiff,                         14 CV 2446 (RMB)
        -against-

                                                           **ORDER**

NOH REALTY CORP. and DEVANLAY US
INC.,

                                   Defendants.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the status conference scheduled for

Monday, April 19, 2021 at 11:00 AM is being held telephonically pursuant to the CARES Act

and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in

information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 2446

Dated: April 14, 2021
       New York, NY

                                  *Richard M. Berman*
                     _____
                        RICHARD M. BERMAN
                           U.S.D.J.